Nikhil Bhatnagar (SBN: 275569)
Bhatnagar Law Offices
111 N. Market Street, Ste 1040
San Jose CA 95113
Telephone (408)-564-8051
Fax (408)-564-8052

Attorneys for Plaintiff
RICHARD REED

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED an individual,<br><br>Plaintiffs,<br>v.<br><br>SELECT PORTFOLIO SERVICING, a business entity, US BANK N.A> a business entity | CASE NO.: 3:14-CV-05437<br><br>SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE THAT PLAINTIFF RICHARD REED wishes to substitute in M Nikhil Bhatnagar (State Bar No. 275569, located at, Law Offices of Nikhil Bhatnagar, 111 N Market Street, Suite 1040, San Jose, CA 95113, (408) 564-8051) as his attorney of record.

I consent to this substitution.

/s/ Richard Reed /s/        Dated: December 21, 2014
RICHARD REED

I accept this substitution.

/s/ Nikhil Bhatnagar /s/    Dated: December 21, 2014
NIKHIL BHATNAGAR

Date: January 7, 2015

**APPROVED**
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECOND AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF