UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD REED, et al.,

    Plaintiffs,

v.

US BAN N.A., et al.,

    Defendants.

Case No. 14-cv-05437-VC

**ORDER TO SHOW CAUSE**

Counsel for the plaintiff did not appear at today's case management conference. The plaintiff is ordered to show cause why the case should not be dismissed for failure to prosecute. The plaintiff must file a brief on this issue by Monday, March 23, 2015. Meanwhile, the deadlines set at today's case management conference remain in effect.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
VINCE CHHABRIA
United States District Judge