UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>US BAN N.A., et al., <br><br>    Defendants. | Case No. 14-cv-05437-VC <br><br> **ORDER RE ORDER TO SHOW CAUSE** <br> Re: Dkt. Nos. 36, 39 |

On March 13, 2015, after the plaintiffs' counsel failed to appear at the scheduled case management conference, the Court ordered the plaintiff to show cause why the case should not be dismissed for failure to prosecute. (Docket No. 36.) On March 23, 2015, the plaintiffs responded, explaining that counsel's failure to appear was due to a calendaring error. (Docket No. 39.) Accordingly, the Court declines to dismiss the case. The plaintiff must respond to the defendants' motion to dismiss by April 2, 2015. (*See* Docket No. 37)

The Court also notes that, while the plaintiffs' response to the order to show cause refers to "JP MORGAN CHASE" as a defendant to this action, it appears that the plaintiffs have yet to serve this defendant.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
VINCE CHHABRIA
United States District Judge