UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>US BAN N.A., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05437-VC<br><br>**ORDER RE PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 41 |

On April 2, 2015, the plaintiffs filed a brief in response to the defendants' motion to dismiss. The plaintiffs are ordered to refile this brief no later than 9:00 a.m. on April 9, 2015. The refiled brief must be filed as a single document, rather than a series of four-page documents, and must comply in all other respects with the Civil Local Rules, including, for example, the requirement for an accurate table of contents. *See* Civil L.R. 7-4(a)(2). Failure to file a proper brief will result in sanctions.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
VINCE CHHABRIA
United States District Judge