UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD REED, et al.,

         Plaintiffs,

   v.

US BAN N.A., et al.,

         Defendants.

Case No. 14-cv-05437-VC

**ORDER DIRECTING PLAINTIFF TO FILE SUR REPLY TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Re: Dkt. No. 44

On April 9, 2015, the defendants filed a reply brief in support of their motion to dismiss. Docket No. 44. In that brief, the defendants raised for the first time the issue of collateral estoppel based on the plaintiffs' prior case against Chase. *Id.* at 2–3; *see Richard Reed v. JP Morgan Chase Bank, et al.*, Contra Costa Superior Court Case No. MSC12-00154.[1] Because the plaintiffs did not have the opportunity to address this argument in their opposition to the defendants' motion to dismiss, the plaintiffs are directed to file, by no later than 10:00 a.m. on April 17, 2015, a sur reply brief, not to exceed ten pages in length, addressing the issue of collateral estoppel (but no other issues).

The brief should explain both (1) why the plaintiffs' are not estopped from asserting the claims they bring directly against Chase; and (2) why, in the event that the Court concludes that the plaintiffs are estopped from asserting claims directly against Chase, the plaintiffs would not also be estopped from asserting claims against Defendants US Bank and Select Portfolio Services based on Chase's alleged wrongful conduct on a theory of successor liability.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
VINCE CHHABRIA
United States District Judge

---

[1] The Court grants the defendants' request for judicial notice of the complaint and notice of entry of judgment. Docket No. 45; *see* Fed. R. Evid. 201.