UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD REED, et al.,

    Plaintiff,

v.

US BANK N.A., et al.,

    Defendant.

14-cv-05437-VC

**JUDGMENT**

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
VINCE CHHABRIA
United States District Judge