UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-05437-VC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 65 |

　　　The plaintiff's Fed. R. Civ. P. 60(b)(6) motion is denied.  *See In re Int'l Fibercom, Inc.*, 503 F.3d 933, 941 (9th Cir. 2007); *see also Stewart v. U.S. Bancorp*, 297 F.3d 953, 956 (9th Cir. 2002).

　　　**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
VINCE CHHABRIA
United States District Judge